IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS E. FLICK, | : | |
|     Plaintiff, | : | 1:18-cv-2447 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| MARK GARMAN, | : | |
|     Defendant. | : | |

## ORDER

**January 15, 2019**

NOW THEREFORE, upon consideration of Plaintiff's complaint (Doc. 1), accompanied by an Application for Leave to Proceed *In Forma Pauperis* (Doc. 2), it is hereby ORDERED that:

1. Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. 2) is GRANTED.

2. The Complaint is DEEMED filed.

3. Plaintiff shall pay the full filing fee of $350.00, based on the financial information provided in the Application for Leave to Proceed *In Forma Pauperis*. The full filing fee shall be paid regardless of the outcome of the litigation.

4. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/Warden, or other appropriate official at Plaintiff's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

    (A) the average monthly deposits in the inmate's prison account for the past six months, or

> > (B) the average monthly balance in the inmate's prison account for the past six months.
>
> The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in Plaintiff's inmate trust fund account exceeds $10.00, the Superintendent/Warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number.

5. The Clerk of Court is DIRECTED to FORWARD a copy of this Order to the Superintendent/Warden at Plaintiff's present place of incarceration.

6. Plaintiff's Complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

7. The Clerk of Court is directed to CLOSE this case.

8. Any appeal from this Order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

> s/ John E. Jones III
> John E. Jones III
> United States District Judge